IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERRY MCAFFEE,

      Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS and FLORIDA
COMMISSION ON OFFENDER
REVIEW,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4907

Opinion filed March 15, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Jerry McAffee, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Barbara Debelius, Assistant Attorney
General, Tallahassee; Rana Wallace, General Counsel, Commission on Offender
Review, Tallahassee, for Respondents.

PER CURIAM.

      The petition for writ of mandamus is denied on the authority of Munn v. Florida

Parole Commission, 807 So. 2d 733 (Fla. 1st DCA 2002).

ROBERTS, C.J., WINOKUR and M.K. THOMAS, JJ., CONCUR.